IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGIA SPEARS, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-1949 |
| § | |
| GEOVERA SPECIALTY § | |
| INSURANCE COMPANY, *et al.*, § | |
| Defendants. § | |

### **REMAND ORDER**

Plaintiff Georgia Spears filed a Motion to Remand [Doc. # 7], to which Defendants filed a Notice of Non-Opposition [Doc. # 8]. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Remand [Doc. # 7] is **GRANTED** and this case is **REMANDED** to the 190th Judicial District Court of Harris County, Texas.

SIGNED at Houston, Texas, this 8th day of **August, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

C:\Users\shelia_ashabranner\AppData\Local\Temp\notesFFF692\~2072854.wpd    160808.0903